# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHOICE FOOD OF AMERICA, LLC, | ) |
| | ) 3:10-cv-0644 |
| Plaintiff, | ) |
| v. | ) JUDGE ALETA TRAUGER |
| | ) |
| HALO, PURELY FOR PETS, INC., | ) MAGISTRATE JUDGE GRIFFIN |
| | ) |
| Defendant. | ) |
| | ) |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO SEAL

This matter came before the Court upon the joint motion to seal filed by the parties to this action. The parties sought to seal the Manufacturing Agreement and Schedules A-C to it (hereinafter the "Agreement"), attached as Exhibit 3 to the Verified Complaint and Action on Sworn Account filed on July 2, 2010. Upon the joint motion filed by the parties, and for good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Agreement be placed under seal.

It is so **ORDERED**.

_____
JUDGE ALETA TRAUGER