Motion GRANTED.

*[Signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHOICE FOOD OF AMERICA, LLC, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-0644 |
| v. | ) |
| | ) JUDGE ALETA TRAUGER |
| HALO, PURELY FOR PETS, INC., | ) |
| | ) MAGISTRATE JUDGE GRIFFIN |
| Defendant. | ) |

## JOINT MOTION TO SEAL

The parties, by and through counsel, pursuant to Administrative Order number 167, paragraph 5.07 and Rule 26(c) of the Federal Rules of Civil Procedure, hereby request that the exhibits to the Answer be placed under seal. The Defendant has requested that the exhibits be placed under seal because Defendant believes that they contain proprietary, confidential information, and the Plaintiff agrees to this request.

**WHEREFORE**, based on the foregoing and for good cause shown, the parties jointly request that the exhibits to the Answer be placed under seal.