IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHOICE FOOD OF AMERICA, LLC, | ) |
| | ) 3:10-cv-0644 |
| Plaintiff, | ) |
| v. | ) JUDGE ALETA TRAUGER |
| | ) |
| HALO, PURELY FOR PETS, INC., | ) MAGISTRATE JUDGE GRIFFIN |
| | ) |
| Defendant. | ) |
| | ) |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO SEAL

This matter came before the Court upon the joint motion to seal filed by the parties to this action. The parties sought to seal the exhibits to the Answer filed on August 12, 2010. Upon the Joint Motion filed by the parties, and for good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the exhibits be placed under seal.

It is so **ORDERED**.

_____
JUDGE ALETA TRAUGER

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.


By: /s/ Lisa Ramsay Cole
    Lisa Ramsay Cole, BPR # 16262
    E-mail: lcole@lewisking.com
    John R. Tarpley, BPR # 9661
    E-mail: jtarpley@lewisking.com
    Mary Beth Haltom, BPR # 24462
    E-mail: mhaltom@lewisking.com
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    Phone: (615) 259-1366
    Fax: (615) 259-1389

    Attorneys for Defendant


SHERRARD & ROE, PLC


By: /s/ Michael G. Abelow
    Michael G. Abelow, Esq.
    E-mail: mabelow@sherrardroe.com
    Phillip F. Cramer, BPR # 20697
    E-mail: pcramer@sherrardroe.com
    424 Church Street
    Suite 2000
    Nashville, TN 37219
    Phone: (615) 742-4200
    Fax: (615) 742-4539

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of August, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Michael G. Abelow, Esq.
Phillip F. Cramer
Sherrard & Roe PLC
424 Church Street
Suite 2000
Nashville, TN 37219



           /s/ Lisa Ramsay Cole