**Motion GRANTED.**

*[signature]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **CHOICE FOOD OF AMERICA, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **3:10-cv-0644** |
| **HALO, PURELY FOR PETS, INC.,** | ) **JUDGE ALETA TRAUGER** |
| | ) **MAGISTRATE JUDGE GRIFFIN** |
| Defendant. | ) |

## MOTION OF DEFENDANT FOR ITS OUT OF STATE COUNSEL, HARVEY FREEDENBERG TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Comes the Defendant, by and through counsel and respectfully moves that its out of state counsel, Harvey Freedenberg of Harrisburg, Pennsylvania, be allowed to participate in the initial case management conference, which is scheduled for Monday, August 30, 2010, at 2:00 p.m., by telephone. The Defendant's local counsel will be present at the conference in person, and the parties have already prepared a proposed initial case management order. Out of state counsel will make the necessary arrangements to contact the Court's chambers at the appointed time. Further, Plaintiff's counsel has been consulted regarding this request and has no objection to it.