# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CHOICE FOOD OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0644 |
| | ) | Judge Trauger |
| HALO, PURELY FOR PETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Expedited Joint Motion For Telephonic Status Conference (Docket No. 36) is **DENIED AS MOOT**, but the relief requested in this motion will be granted. In order to allow the parties to engage in a private mediation, it is hereby **ORDERED** that the bench trial scheduled for October 4, 2011 and the pretrial conference scheduled for October 3, 2011 are **CONTINUED**, to be reset by separate order for one of the dates suggested by the parties.

It is so **ORDERED**.

ENTER this 30th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge